FILED

APR 30 2026

CLERK U.S. DISTRICT COURT
NORFOLK, VA

6IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA    )
                            )
    v.                      )        Case No: 2:26 mj 162
                            )        Court Date: July 2, 2026
TIMOTHY A. JOWERS,          )
    Defendant.              )

CRIMINAL INFORMATION

COUNT ONE
Misdemeanor – Violation Notice E1032232

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 22, 2026, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, TIMOTHY A. JOWERS, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

COUNT TWO
Petty Offense – Violation Notice E1032233

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 22, 2026, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, TIMOTHY A. JOWERS, did unlawfully operate an uninsured vehicle subject to registration in the Commonwealth.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-707.)

Respectfully submitted,

Todd. W. Blanche
Acting Attorney General

*Taryn M. Meeks*

_____

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Email: Taryn.Meeks2@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the

foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-

styled case.

*Taryn M. Meeks*

_____

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Email: Taryn.Meeks2@usdoj.gov

April 29, 2026

_____

Date